O



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 18-00020-JLS |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| Danny Castillo, Defendant. | |

## I.

A. (✓) On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.
2. ( ) an offense with maximum sentence of life imprisonment or death.
3. (✓) a narcotics or controlled substance offense with maximum sentence of ten or more years.
4. ( ) any felony - where defendant convicted of two or more prior offenses described above.
5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.   ( )   On motion by the Government/( ) on Court's own motion, in a case
2           allegedly involving:
3       ( )   On the further allegation by the Government of:
4           1.   ( )   a serious risk that the defendant will flee.
5           2.   ( )   a serious risk that the defendant will:
6               a.   ( )   obstruct or attempt to obstruct justice.
7               b.   ( )   threaten, injure or intimidate a prospective witness or
8               juror, or attempt to do so.
9  C.   The Government (✓) is/( ) is not entitled to a rebuttable presumption that no
10          condition or combination of conditions will reasonably assure the defendant's
11          appearance as required and the safety or any person or the community.
12
13                              **II.**
14 A.   ( )   The Court finds that no condition or combination of conditions will
15          reasonably assure:
16       1.   ( )   the appearance of the defendant as required.
17            ( )   and/or
18       2.   ( )   the safety of any person or the community.
19 B.   (✓)   The Court finds that the defendant has not rebutted by sufficient evidence to
20          the contrary the presumption provided by statute.
21
22                              **III.**
23      The Court has considered:
24 A.   (✗)   the nature and circumstances of the offense(s) charged, including whether
25          the offense is a crime of violence, a Federal crime of terrorism, or involves
26          a minor victim or a controlled substance, firearm, explosive, or destructive
27          device;
28 B.   (✗)   the weight of evidence against the defendant;

1  C.  (✗)  the history and characteristics of the defendant; and
2  D.  (✗)  the nature and seriousness of the danger to any person or the community.

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V.

The Court bases the foregoing finding(s) on the following:

A.  (✓)  As to flight risk:
   Unknown background & bail resources
   Active Texas warrant
   Prior violations of supervision

B.  (✓)  As to danger:
   Criminal history

| | |
|---|---|
| 1 | **VI.** |
| 2 | A. ( ) The Court finds that a serious risk exists the defendant will: |
| 3 |     1. ( ) obstruct or attempt to obstruct justice. |
| 4 |     2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror. |
| 5 | B. The Court bases the foregoing finding(s) on the following: |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 9 | |
| 10 | **VII.** |
| 11 | A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial. |
| 12 | B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the |
| 13 | Attorney General for confinement in a corrections facility separate, to the extent |
| 14 | practicable, from persons awaiting or serving sentences or being held in custody |
| 15 | pending appeal. |
| 16 | C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity |
| 17 | for private consultation with counsel. |
| 18 | D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 19 | request of any attorney for the Government, the person in charge of the corrections |
| 20 | facility in which defendant is confined deliver the defendant to a United States |
| 21 | marshal for the purpose of an appearance in connection with a court proceeding. |

DATED: 1/14/19

/s/ Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE